NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**PERSONAL WEB TECHNOLOGIES, LLC,**
*Appellant,*

v.

**EMC CORPORATION,**
*Appellee.*

_____

2014-1602, -1607
_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00087 and IPR2013-00086.

----------------------------------------------------------------------

**PERSONAL WEB TECHNOLOGIES, LLC,**
*Appellant,*

v.

**EMC CORPORATION AND VMWARE, INC.,**
*Appellees.*

_____

2014-1603, -1604
_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00082 and IPR2013-00083.

---

**PERSONAL WEB TECHNOLOGIES, LLC,**
*Appellant,*

v.

**EMC CORPORATION,**
*Appellee.*

---

2014-1605, -1606

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00084 and IPR20013-00085.

---

# O R D E R

The above-captioned appeals appear to be related.

Accordingly,

IT IS ORDERED THAT:

(1) Appeal Nos. 2014-1602 and 2014-1607 are consolidated. The revised official caption is reflected above.

(2) Appeal Nos. 2014-1603 and 2014-1604 are consolidated. The revised official caption is reflected above.

(3) Appeal Nos. 2014-1605 and 2014-1606 are consolidated. The revised official caption is reflected above.

(4) Appellants' opening briefs in 2014-1602, -1607; 2014-1603, -1604; and 2014-1605, -1606 are due no later than September 8, 2014.

(5) 2014-1602, -1607; 2014-1603, -1604; and 2014-1605, -1606 shall be treated as companion cases and assigned to the same merits panel for oral argument.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30