NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**PERSONAL WEB TECHNOLOGIES, LLC,**
*Appellant,*

v.

**EMC CORPORATION,**
*Appellee.*

2014-1602, -1603, -1604, -1605, -1606, -1607

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00082, IPR2013-00083, IPR2013-00084, IPR2013-00085, IPR2013-00086 and IPR2013-00087.

**ON MOTION**

PER CURIAM.

**O R D E R**

Upon consideration of the parties' joint motion to consolidate the above appeals and extend the word limits for briefing,

IT IS ORDERED THAT:

(1) The motion is granted.

2  PERSONAL WEB TECHNOLOGIES, LLC v. EMC CORPORATION

    (2)  The revised official caption is reflected above.

    (3)  The due dates for Appellant's opening brief, not to exceed 19,000 words, is no later than November 7, 2014. Appellee's brief, not to exceed 19,000 words, and Appellant's reply brief, not to exceed 9,500 words, should be calculated according to Federal Circuit Rule 31.

                                                                  FOR THE COURT

                                                             /s/ Daniel E. O'Toole
                                                              Daniel E. O'Toole
                                                              Clerk of Court

s26