**Nos. 2014-1602, -1603, -1604, -1605, -1606, -1607**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

PERSONAL WEB TECHNOLOGIES, LLC,

*Appellant*,

*v.*

EMC CORPORATION,

*Appellee*.

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00082, IPR2013-00083, IPR2013-00084, IPR2013-00085, IPR2013-00086 and IPR2013-00087

**APPELLEES EMC CORPORATION AND VMWARE, INC.'S UNOPPOSED MOTION TO REFORM THE OFFICIAL CAPTION**

Appellees EMC Corporation and VMware, Inc. ("Appellees") hereby move to reform the official caption in this appeal to add VMware, Inc. as an Appellee in the official caption for purposes of appeal numbers 2014-1603 and 2014-1604.

VMware, Inc. is an Appellee in case numbers 2014-1603 and 2014-1604 which are appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00082 and IPR2013-00083.

On July 28, 2014, the Court consolidated Appeal Nos. 2014-1603 and 2014-1604 (ECF No. 15), and VMware was correctly listed as an Appellee in the revised official caption for the consolidated cases.

On October 15, 2014, the Court granted the parties' Joint Motion to Consolidate appeal numbers 2014-1602, 2014-1603, 2014-1604, 2014-1605, 2014-1606, and 2014-1607.  VMware is a party to two of these six appeals, but the revised official caption in that order does not list VMware, Inc. as an Appellee.

Counsel for Appellees has conferred with counsel for Appellant Personal Web Technologies, LLC regarding the substance of this motion.  Appellant does not oppose the relief requested in this motion and will not file a response.

Appellees accordingly request that the Court reform the official caption to reflect that VMware, Inc. is an Appellee for appeal numbers 2014-1603 and 2014-1604.  A proposed order is attached.

                                                                 Respectfully submitted,

December 2, 2014                            */s/ Cynthia D. Vreeland*
                                                WILLIAM F. LEE
                                                CYNTHIA D. VREELAND
                                                PETER M. DICHIARA
                                                MARK C. FLEMING
                                                WILMER CUTLER PICKERING
                                                   HALE AND DORR LLP
                                                60 State Street
                                                Boston, MA  02109
                                                (617) 526-6000

                                                DAVID L. CAVANAUGH
                                                WILMER CUTLER PICKERING
                                                   HALE AND DORR LLP
                                                1875 Pennsylvania Avenue, N.W.
                                                Washington, DC  20006
                                                (202) 663-6000

*Attorneys for Appellees EMC Corporation and VMware, Inc.*

# CERTIFICATE OF INTEREST

Counsel for Appellee EMC Corporation and VMware, Inc. certify the following:

1. The full name of every party or *amicus* represented by us is:

EMC Corporation and VMware, Inc.

2. The names of the real party in interest represented by us is:

EMC Corporation and VMware, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

EMC Corporation has no parent corporation and no publicly held corporation owns 10% or more of its stock. EMC Corporation owns more than 10 percent of the stock of VMware, Inc. No other companies own 10 percent or more of the stock of VMware, Inc.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

WILMER CUTLER PICKERING HALE AND DORR LLP: William F. Lee, Cynthia D. Vreeland, David L. Cavanaugh, Peter M. Dichiara, Mark C. Fleming, Robert M. Galvin, Anna E. Lumelsky, and Arthur W. Coviello.

Dated: December 2, 2014

*/s/ Cynthia D. Vreeland*
CYNTHIA D. VREELAND
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

**Nos. 2014-1602, -1605, -1606, -1607**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

PERSONAL WEB TECHNOLOGIES, LLC,

*Appellant*,

v.

EMC CORPORATION

*Appellee*.

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00084, IPR2013-00085, IPR2013-00086 and IPR2013-00087

**Nos. 2014-1603, -1604**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

PERSONAL WEB TECHNOLOGIES, LLC,

*Appellant*,

v.

EMC CORPORATION and VMWARE, INC.

*Appellees*.

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00082 and IPR2013-00083

**[PROPOSED] ORDER**

Upon consideration of the unopposed motion of Appellees EMC Corporation and VMware, Inc. to reform the official caption:

IT IS ORDERED THAT:

1. The motion to reform the official caption is granted.

2. The revised official caption is reflected above.

Date: _____   _____

# CERTIFICATE OF SERVICE

I hereby certify that, on this 2nd day of December, 2014 I filed the foregoing APPELLEES EMC CORPORATION AND VMWARE, INC.'S UNOPPOSED MOTION TO REFORM THE OFFICIAL CAPTION, CERTIFICATE OF INTEREST, and PROPOSED ORDER with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system, and served a copy on counsel of record via the CM/ECF system.

*/s/ Cynthia D. Vreeland*
CYNTHIA D. VREELAND
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000